UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ARRIZON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and others,<br><br>Defendants. | Case No. 16-cv-00959 NC<br><br>**ORDER TO GUADALUPE ARRIZON TO RESPOND TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

Plaintiff Guadalupe Arrizon has not opposed defendant's motion to dismiss the complaint. Dkt. No. 8. She also has not responded to this Court's order that she either consent or decline the jurisdiction of a magistrate judge. Dkt. No. 13. This order warns Guadalupe Arrizon that if she does not file an opposition to the motion to dismiss by April 13, 2016, then this Court will recommend the dismissal of her case. For legal assistance, Arrizon can call the Federal Pro Se Program at 408.297.1480.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ARRIZON,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 16-cv-00959-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guadalupe Arrizon
442 Indian Warrior Way
Soledad, CA 93960

Dated: April 4, 2016

                              Susan Y. Soong
                              Clerk, United States District Court

                              By: /s/ Lili Harrell
                              Lili Harrell, Deputy Clerk to the
                              Honorable NATHANAEL M. COUSINS