UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ARRIZON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and others,<br><br>Defendants. | Case No. 16-cv-00959 NC<br><br>**REPORT AND RECOMMENDATION DISMISSING CASE FOR FAILURE TO PROSECUTE; AND REQUESTING REASSIGNMENT TO DISTRICT COURT JUDGE DUE TO LACK OF CONSENT** |

On April 4, 2016, the Court warned plaintiff Guadalupe Arrizon that if she did not respond to the defendant's motion to dismiss her complaint by April 13, then the Court would recommend the dismissal of her case. The Court has not received an opposition from Arrizon. Arrizon also has not responded to the Court's requests that she either consent to or decline the jurisdiction of a magistrate judge.

Accordingly, the Court recommends the dismissal of this case for failure to prosecute. Because not all parties have consented to jurisdiction under 28 U.S.C. § 636, the dismissal is a report and recommendation to a District Court Judge. Any party may object to the recommendation, but must do so within 14 days. Fed. R. Civ. P. 72(b). The Clerk of Court is asked to randomly reassign this case to a District Court Judge in San Jose.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ARRIZON,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>      Defendants. | Case No.  16-cv-00959-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guadalupe Arrizon
442 Indian Warrior Way
Soledad, CA 93960


Dated: April 21, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS